# EXHIBIT 1



# State of Florida
## Department of State

I certify that the attached is a true and correct copy of the Articles of Incorporation of QUANTUM PARK PROPERTY OWNERS' ASSOCIATION, INC., a corporation organized under the Laws of the State of Florida, filed on October 14, 1987, as shown by the records of this office.

The document number of this corporation is N23003.

Given under my hand and the
Great Seal of the State of Florida,
at Tallahassee, the Capital, this the
14th day of October, 1987.

Jim Smith
Secretary of State

CR2E022 (10-85)

EXHIBIT "B"

101287-2
0861P

## ARTICLES OF INCORPORATION

OF

## QUANTUM PARK PROPERTY OWNERS' ASSOCIATION, INC.

The undersigned, hereby establishes the following for the purpose of becoming a nonprofit corporation under the laws of the State of Florida, by and under the provisions of the statutes of the State of Florida providing for the formation, liability, rights, privileges and immunities of a corporation not for profit.

### ARTICLE I

### Name of Corporation

The name of this Corporation (hereinafter the "Corporation") shall be QUANTUM PARK PROPERTY OWNERS' ASSOCIATION, INC.

### ARTICLE II

### Purposes

Quantum Associates, a Florida General Partnership, its successors and assigns, collectively referred to herein as "Declarant", is developing certain property in the City of Boynton Beach, Palm Beach County, Florida, known as "Quantum Park at Boynton Beach" (hereinafter the "Park"). The Park is more particularly described in the Declaration of Protective Covenants of the Park (hereinafter the "Declaration"), the Declaration to which these Articles of Incorporation are attached as an Exhibit. The purpose of this Corporation is to own, lease, maintain, operate, and/or administer certain property within or related to the Park, and to carry out its rights and duties set forth in the Declaration.

### ARTICLE III

### Powers and Limitations

A.  The Corporation shall have the power:

   1.  To own, lease, operate, maintain, and administer the Common Areas, and other property within or related to the Park in accordance with the Declaration.

2. To establish, through its Board of Directors, reasonable rules and regulations regarding the property within the Park.

3. To carry out all the powers and duties vested in the Corporation pursuant to these Articles and the Bylaws of the Corporation, and pursuant to the Declaration.

4. To do all things necessary to carry out the operation of the Corporation as a natural person might or could do and to exercise and enjoy all the powers, rights and privileges granted to or conferred upon corporations of similar character by the provisions of Chapter 617, Florida Statutes, and Chapter 607, Florida Statutes, respectively.

5. To engage professional management agents to manage its affairs and pay a fee therefor.

6. To grant easements and leases to any Person (as said term is defined in the Declaration) over, under, through, and/or across the Common Areas, for or without compensation to this Corporation, without any need to obtain the approval or joinder of any member or lienholder thereof.

7. To assess members of the Association, and enforce such assessments in accordance with the Declaration.

B. The Corporation is not organized for profit, nor shall it have the power to issue certificates of stock or pay dividends.

C. All funds and title to all interests in property acquired by the Corporation, whether fee simple or leasehold or otherwise, and the proceeds thereof shall be held in trust for members of the Corporation.

D. The Corporation shall not be authorized to make any unreasonable accumulations of cash or assets as determined by the Internal Revenue Code or the rules and regulations pursuant thereto.

ARTICLE IV
Corporate Existence

This Corporation shall have perpetual existence unless sooner dissolved by law. The Corporation may be dissolved upon unanimous resolution to that effect being adopted by the members of the Board of Directors and approved by an affirmative vote of at least eighty-five percent (85%) of all of the total voting rights in the Park, and, after receipt of an appropriate decree of dissolution, if such decree is necessary at the time of dissolution as set forth in Florida Statutes, Chapter 617, or statute of similar import.

ARTICLE V

Qualifications for Members and Manner
of Admission and Voting Rights

1. All Owners in the Park shall be members of the Corporation. An Owner shall automatically be a member of the Corporation upon the recording in the Public Records of the County, of the document evidencing the Owner's fee simple title to a Parcel.

2. Voting Rights shall be based on the formula of one vote per acre within a Parcel owned by a member. Fractional portions

of acres shall be rounded up or down depending on the size of the fraction; fractional portions equal to or greater than 1/2 of an acre shall be rounded up, while fractional portions less than 1/2 of an acre shall be rounded down (for example, a 10.3 acre Parcel owned by a member will be entitled to 10 votes, and a 10.7 acre Parcel owned by a member will be entitled to 11 votes). Anything to the contrary herein notwithstanding, a Parcel less than 1/2 of an acre shall be entitled to one (1) Voting Right. If a parcel is owned by two (2) or more Owners, the voting rights applicable to such Parcel shall be determined as if there were only one (1) Owner.

ARTICLE VI

Directors

1. The business of this Corporation shall be conducted by a Board of Directors, consisting of not less than three (3) nor more than seven (7) Directors. The initial Board of Directors shall consist of three (3) Directors.

2. The election of directors, their removal and the filling of vacancies on the Board of Directors shall be in accordance with the Bylaws of this Corporation.

3. The directors herein named (see Article IX) shall serve until their successors are duly elected and qualified, or until they are removed in the manner elsewhere provided, or until they resign, whichever first occurs, and any vacancies in their number occurring before a successor has been duly elected and qualified shall be filled in accordance with the Bylaws of this Corporation.

ARTICLE VII

Officers

The affairs of the Corporation shall be managed by a president, vice president, secretary, treasurer, assistant secretary, assistant treasurer, and such other officers as may be authorized by the Board of Directors. A person may hold more than one office except that the offices of President and Secretary shall not be held simultaneously by the same individual. Said officers shall be elected annually by the Board of Directors at the annual

0861P                                    -3-

meeting of the Board of Directors and shall hold office until their successors shall be duly elected and qualified, or until they are removed, or until they resign, whichever first occurs. The first officers of the Corporation shall be:

| | |
|---|---|
| President | Edward B. Deutsch |
| Vice-President | Thomas K. Ireland |
| Secretary | Melvin Simon |
| Treasurer | Thomas K. Ireland |

### ARTICLE VIII

### Names and Post Office Addresses of Directors

The names and post office addresses of the members of the first Board of Directors who shall hold office pursuant to the terms and provisions of these Articles of Incorporation and Bylaws of the Corporation shall be:

| | | |
|---|---|---|
| 1. | Edward B. Deutsch | 2455 E. Sunrise Blvd., #1106 Ft. Lauderdale, FL 33304 |
| 2. | Melvin Simon | 115 W. Washington St., #1500E Indianapolis, IN 46204 |
| 3. | Thomas K. Ireland | 2455 E. Sunrise Blvd., #1106 Ft. Lauderdale, FL 33304 |

### ARTICLE IX

### Bylaws

The first bylaws of the Corporation shall be adopted by the Board of Directors named herein and may be altered, amended or rescinded in the manner provided by the Bylaws, which shall be by (1) the members and the Board of Directors and/or (2) the members as provided therein.

### ARTICLE X

### Indemnification

1. The Corporation shall indemnify any Director or Officer of the Corporation, and/or any member of the Architectural Review Committee (as defined in the Declaration), collectively referred to herein as the "Indemnities" and individually referred to herein as an "Indemnitee," made a party or threatened to be made a party to any threatened, pending or completed action, suit or proceeding as follows. This indemnification shall extend to any action of a judicial, administrative, criminal, or investigative nature

0861P                              -4-

(including but not limited to, an action by the Corporation), brought by or against an Indemnitee, based on an act, or acts, alleged to have been committed by such Indemnitee, in his capacity as an Officer, Director or member of the Architectural Review Committee. In any such action, the Indemnitee shall be indemnified against judgments, losses, liabilities, costs, fines, amounts paid in settlement, and reasonable expenses, including attorneys' fees, actually and necessarily incurred as a result of such action, suit, or proceeding or any appeal therein, provided such Indemnitee did not act with gross negligence or willful misconduct. The termination of any such action, suit, or proceeding by judgment, order, settlement, conviction, or upon a plea of nolo contendere or its equivalent shall not, in itself, create a presumption that any such Indemnitee acted with gross negligence or willful misconduct.

2. Indemnification as provided in this Article shall continue as to a person who has ceased to be a Director, Officer, or member of the Architectural Review Committee, and shall inure to the benefit of the heirs, executors, and administrators of such person. References herein to Directors, Officers and members of the Architectural Review Committee, shall include not only current Directors, Officers, and members of the Architectural Review Committee, but former Directors, former Officers, and former members of the Architectural Review Committee as well.

3. The Corporation shall have the power to purchase and maintain insurance on behalf of any person who is a Director or Officer of the Corporation, or a member of the Architectural Review Committee, against any liability asserted against him and incurred by him in any such capacity or arising out of his status as such, whether or not the Corporation would have the power to indemnify him against such liability under the provisions of this Article.

4. The aforementioned rights shall be in addition to, and not exclusive of, all other rights to which such Director, Officer, or member of the Architectural Review Committee may be entitled under Florida law.

## ARTICLE XI

### Transactions in Which

### Directors or Officers Are Interested

No contract or transaction between the Corporation and one (1) or more of its officers or directors, or between the Corporation and any other corporation, partnership, association, or other organization in which one (1) or more of its directors or officers are directors or officers of this Corporation, or have a financial interest in this Corporation, shall be invalid, void or voidable solely for this reason, or solely because the director or officer is present at, or participates in the meeting of the Board or Committee thereof which authorized the contract or transaction, or solely because his or their votes are counted for such purpose. No directors or officers of the Corporation shall incur liability merely by reason of the fact that he is or may be interested in any such contract or transaction.

## ARTICLE XII

### Amendments

1. These Articles of Incorporation may be amended upon:

    a. the affirmative consent of at least two-thirds (2/3) of the entire membership of the Board of Directors and of at least a majority of the total Voting Rights in the Park; or

    b. the affirmative consent of at least sixty-five percent (65%) of the total Voting Rights in the Park.

2. A copy of each amendment to the Articles of Incorporation as approved must be accepted by the Secretary of State of the State of Florida, or such other person required by Florida law, and shall be recorded in the Public Records of Palm Beach County, Florida.

## ARTICLE XII.5

### Electing Out of Section 607.108

The Corporation expressly elects not to be governed by §607.108, Fla. Stats.

0861P                                                                 -6-

ARTICLE XIII

Definitions

The definitions set forth in the Declaration shall apply to these Articles of Incorporation.

ARTICLE XIV

Incorporator

The name and post office address of the Incorporator of these Articles of Incorporation is Quantum Associates, a Florida General Partnership, 2455 East Sunrise Avenue, Suite 1106, International Building, Fort Lauderdale, Florida 33404.

ARTICLE XV

Initial Registered Office and Agent

The street address of the initial registered office of this Corporation is 625 North Flagler Drive, 9th Floor, Barnett Centre, West Palm Beach, Florida 33401, and the name of the initial registered agent of this Corporation is DAVID S. PRESSLY.

IN WITNESS OF THE FOREGOING, the undersigned has hereunto set its hand and seal in acknowledgment of the foregoing Articles of Incorporation, this __9th__ day of October, 1987, which Articles are to be filed in the Office of the Secretary of State.

Quantum Associates, a Florida
General Partnership

By: _____
Its General Partner
EDWARD B. DEUTSCH

STATE OF FLORIDA        )
COUNTY OF BROWARD       )

The foregoing instrument was acknowledged before me this __9th__ day of October, 1987, by Edward B. Deutsch, as General Partner of Quantum Associates, a Florida General Partnership, on behalf of the Partnership.

_____
Notary Public
Phyllis Garma

(Seal)                 My commission expires:

Notary Public, State of Florida
My Commission Expires Feb. 26, 1991
Bonded Thru Troy Fain - Insurance Inc.

0861P                           -7-

CERTIFICATE DESIGNATING PLACE OF BUSINESS
FOR SERVICE OF PROCESS WITHIN THIS STATE,
NAMING AGENT UPON WHOM PROCESS MAY BE SERVED

Pursuant to §§48.091 and 617.023, Florida Statutes, the following is submitted in compliance with said Statutes:

THAT, QUANTUM PARK PROPERTY OWNERS' ASSOCIATION, INC., a Florida Corporation Not For Profit, desiring to organize under the laws of the State of Florida, with its initial principal offices at 2455 East Sunrise Boulevard, Suite 1106, Ft. Lauderdale, Florida 33304, has named DAVID S. PRESSLY, ESQ., whose address is 625 North Flagler Drive, 9th Floor, Barnett Centre, West Palm Beach, Florida 33401 as its duly authorized Registered Agent to accept service of process for the Corporation within the State of Florida.

ACKNOWLEDGMENT

Having been named to accept service of process for the abovestated Corporation, at the place designated in this Certificate, I hereby accept the responsibility to act in this capacity, and agree to comply with the provisions of Florida Statutes relative to keeping open said office and further accept the duties and obligations of Section 607.325, Florida Statutes.

DATED this 9th day of October, 1987.

*David S. Pressly*
DAVID S. PRESSLY, ESQ.
REGISTERED AGENT--FLORIDA

0861P                                -8-