# EXHIBIT 4

CFN 20200212782
OR BK 31510 PG 1744
RECORDED 06/19/2020 08:48:59
Palm Beach County, Florida
AMT
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 1744-1747; (4Pgs)

This Instrument Prepared by and Return to:
Matthew Zifrony, Esq.
Tripp Scott, P.A.
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, Florida 33301

## TERMINATION OF DECLARATION OF PROTECTIVE COVENANTS OF QUANTUM PARK AT BOYNTON BEACH

This **TERMINATION OF DECLARATION OF PROTECTIVE COVENANTS OF QUANTUM PARK AT BOYNTON BEACH** ("Termination") is entered into this ___ day of June, 2020 by Quantum Park Property Owners Association, Inc. (the "Association").

**WHEREAS**, the Declaration of Protective Covenants of Quantum Park at Boynton Beach (together with all amendments thereto, the "Declaration") was recorded in Official Records Book 5450 at Page 1105 of the Official Records of Palm Beach County, Florida on October 15, 1987;

**WHEREAS**, Article XV of the Declaration provides that the Declaration shall continue in full force and effect against the Property and the Owners thereof until January 1, 2017, and shall, as then in force, be continued automatically, and without further notice, from such date until a termination of the Declaration has been recorded in the Public Records of Palm Beach County, Florida, said termination of the Declaration having been approved by (i) the affirmative vote of at least two-thirds (2/3) of the Association's board of directors; (ii) the affirmative vote of at least seventy five percent (75%) of the number of votes applicable to the parcels of land encumbered by the Declaration; and (iii) the City of Boynton Beach;

**WHEREAS**, the Association has received the requisite (i) affirmative vote of at least two-thirds (2/3) of the Association's board of directors approving the termination of the Declaration; (ii) affirmative vote of at least seventy five percent (75%) of the number of votes applicable to the parcels of land encumbered by the Declaration approving the termination of the Declaration; and (iii) the approval of the City of Boynton Beach to the termination of the Declaration; and

**WHEREAS**, this Termination is the termination of the Declaration referenced in Article XV of the Declaration.

**NOW, THEREFORE**:

1. The recitations set forth above are true and correct.

1829421v2 994914.0001

2. The Association hereby records this Termination on the public records of Palm Beach, County, Florida in order to cause the Declaration to terminate.

3. The undersigned, as the president and the secretary of the Association, respectively, hereby certify that said termination of the Declaration had been approved by (i) the affirmative vote of at least two-thirds (2/3) of the Association's board of directors; (ii) the affirmative vote of at least seventy five percent (75%) of the number of votes applicable to the parcels of land encumbered by the Declaration; and (iii) the City of Boynton Beach.

IN WITNESS WHEREOF, the undersigned have executed this Termination this 8TH day of June, 2020.

WITNESSED:

Witness
Printed Name of Witness: Richard Geragi

Witness: S. Dawla
Printed Name of Witness

Witness
Printed Name of Witness: CELILIA ZMKIN

Witness
Printed Name of Witness: IDAN AHARON

Quantum Park Property Owners Association, Inc.

By: _____
Print Name: Charles Geragi
Its: President

By: _____
Print Name: John G. Lyon
Its: Secretary

182942 1v2 994914.0001

## ACKNOWLEDGMENT

STATE OF FLORIDA )
) ss:
COUNTY OF PALM BEACH )

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization this 8th day of June, 2020, by Charles Geragi, as the president of Quantum Park Property Owners Association, Inc., a Florida non-profit corporation. He is ☒ personally known or ☐ produced identification. Type of identification produced: _____.

_____
(Signature of Notary Public-State of Florida)

[Notary Stamp: Notary Public State of Florida, Constanza M Lackey, My Commission GG 115175, Expires 06/15/2021]

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

STATE OF FLORIDA )
) ss:
COUNTY OF PALM BEACH )

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization this 8 day of June, 2020, by John G. Lyon, as the secretary of Quantum Park Property Owners Association, Inc., a Florida non-profit corporation. He is ☒ personally known or ☐ produced identification. Type of identification produced: _____.

[Notary Stamp: Notary Public State of Florida, Idan Aharon, My Commission GG 959355, Expires 02/18/2024]

_____
(Signature of Notary Public-State of Florida)

IDAN AHARON

(Print, Type, or Stamp Commissioned Name of Notary Public)

1829421v2 994914.0001

## CONSENT OF DECLARANT TO TERMINATION OF DECLARATION OF PROTECTIVE COVENANTS OF QUANTUM PARK AT BOYNTON BEACH

The undersigned, Quantum Park Property Owners Association, Inc., a Florida not-for-profit corporation, as the Declarant under the Declaration of Protective Covenants of Quantum Park at Boynton Beach, hereby consents to the termination of said Declaration of Protective Covenants of Quantum Park at Boynton Beach.

WITNESSED:

_____
Witness

Richard Geragi
Printed Name of Witness

S. Davla
Witness

_____
Printed Name of Witness

Quantum Park Property Owners
Association, Inc.

By: _____
Print Name: Charles Geragi
Its: President

## ACKNOWLEDGMENT

STATE OF FLORIDA       )
                       ) ss.:
COUNTY OF PALM BEACH   )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization this ___ day of June, 2020, by Charles Geragi, as the president of Quantum Park Property Owners Association, Inc., a Florida non-profit corporation. He is ☑ personally known or ☐ produced identification. Type of identification produced: _____

Notary Public State of Florida
Constanza M Lackey
My Commission GG 115175
Expires 06/15/2021

_____
(Signature of Notary Public-State of Florida)

_____
(Print, Type, or Stamp Commissioned Name of Notary Public)

1829421v2 994914.0001